No. 05–7002. GREEN *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 05–7059. JOHNSTON *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 05–7066. BUSH *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 05–7076. GIBSON *v.* GIBSON. Sup. Ct. N. H. Certiorari denied.

No. 05–7091. TALOUZI *v.* LAPPIN, DIRECTOR, FEDERAL BUREAU OF PRISONS, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 05–7092. WILLIAMS *v.* MISSOURI. Ct. App. Mo., Southern Dist. Certiorari denied.

No. 05–7115. LAKE *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 05–7126. QUINTERO *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 05–7153. STEVENSON *v.* SOUTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 05–7172. BOGLE *v.* BELLEQUE, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 05–7173. BARTLEY *v.* SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 05–7178. JONES *v.* SOUTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 05–7189. ANDERSON *v.* SOLOMON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–7210. McCORD *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.